UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-269 IM |
| v. | INFORMATION |
| LIAM HARRY HOUPIS | 41 C.F.R. § 102.74.380(b) and (d) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Creating a Hazard on Federal Property)**
**(41 C.F.R. § 102.74.380(b) and (d))**

On or about June 19, 2025, in the District of Oregon, defendant **LIAM HARRY HOUPIS** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Portland Field Office, and did willfully destroy and damage property, and create a hazard to persons and things while on the property;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.380(b) and (d), a class C misdemeanor.

Dated: June 20, 2025                    Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Hannah Horsley*
HANNAH HORSLEY, CASB #220436
Assistant United States Attorney